

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00415-CR

Gilberto **CARREON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR3963
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

After this court granted appellant four prior extension, his brief was due on or before January 14, 2019. In that order we advised appellant that no further extensions of time to file the brief would be granted without written proof of extraordinary circumstances. On January 14, 2019, appellant file a fifth motion for extension of time, asking for an additional fourteen days in which to file the brief. After review, we find appellant has provided proof of extraordinary circumstances justifying the latest requested extension. Accordingly, we **GRANT** appellant fifth motion for extension of time and **ORDER** appellant to file his brief **on or before January 28, 2019. Appellant is again advised that no further extension of time to file the brief will be granted without written proof of extraordinary circumstances.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court